# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| RICKEY GENE SLADE, | ) | JUDGEMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12CV193-2-V |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | | |

DECISION BY COURT. This action having come from the court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Wednesday, December 12, 2012 Order.

December 13, 2012

Signed: December 13, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court